**\*E-Filed 11/16/09\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMTEK TECHNOLOGY CO., LTD., a Taiwan Corporation,<br><br>        Plaintiff,<br>    v.<br><br>3COM CORPORATION, a Delaware Corporation,<br><br>        Defendant.<br>_____/ | **No. C 09-03659 RS**<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff Gemtek Technology Co., Ltd., filed a complaint in this case on August 10, 2009. No summons was issued, nor does the docket contain any proof of service on defendant 3Com Corporation.

No later than **January 6, 2010**, plaintiff is directed to file a declaration showing cause why this case should not be summarily dismissed for failure to prosecute. Should plaintiff fail to provide adequate assurances that the case is proceeding with all due speed, a show cause hearing will take place on **January 13, 2010**, in Courtroom 4, 5th Floor, United States Courthouse, 280 South First Street, San Jose, California. Plaintiff's failure to appear may result in summary dismissal.

IT IS SO ORDERED.

Dated: 11/16/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE