Yar R. Chaikovsky (State Bar No. 175421)
ychaikovsky@sonnenschein.com
Jimmy M. Shin (State Bar No. 200161)
jshin@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone: (650) 798-0300
Facsimile: (650) 798-0310

*E-Filed 11/17/09*

Attorneys for Plaintiff
GEMTEK TECHNOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMTEK TECHNOLOGY CO., LTD., a Taiwan corporation,<br><br>Plaintiff,<br><br>v.<br><br>3COM CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 5:09-cv-03659-RS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-1(b), 7-2, AND 16-2(d)**<br><br>Date:  TBD<br>Place: Courtroom 4, 5th Floor<br>Judge: Magistrate Judge Richard Seeborg |

Having considered the papers and argument in support of Plaintiff Gemtek Technology Company, Ltd.'s ("Gemtek") Motion to Continue Case Management Conference and to extend all dates set forth in its Order Setting Initial Case Management Conference, the Court hereby moves the deadlines, as follows:

| Event | Old Date | New Date |
|---|---|---|
| Last day to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan | 11/18/2009 | 2/22/10 |
| Last day to file ADR Certification signed by Parties and Counsel (form available at http://www.cand.uscourts.gov) | 11/18/2009 | 2/22/10 |
| Last day to file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference (form available at http://www.cand.uscourts.gov) | 11/18/2009 | 2/22/10 |

| Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per attached Standing Order re Contents of Joint Case Management Statement (also available at http://www.cand.uscourts.gov) | 12/2/09 | 3/2/10 |
|---|---|---|
| INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom 4, 5th Floor, SJ at 2:30 PM | 12/9/09 | 3/10/10 |

IT IS SO ORDERED.

Dated: 11/17/09

_____
Richard Seeborg
United States Magistrate Judge