Yar R. Chaikovsky (State Bar No. 175421)
ychaikovsky@sonnenschein.com
Jimmy M. Shin (State Bar No. 200161)
jshin@sonnenschein.com
SONNENSCHEIN NATH & ROSENTHAL LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304-1125
Telephone:  (650) 798-0300
Facsimile:  (650) 798-0310

Attorneys for Plaintiff
GEMTEK TECHNOLOGY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| GEMTEK TECHNOLOGY CO., LTD., a Taiwan corporation,<br><br>Plaintiff,<br><br>v.<br><br>3COM CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. C 09-03659 RS<br><br>CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED PARTIES<br><br>DEMAND FOR JURY TRIAL |

Pursuant to Rule 7.1(b)(1) of the Federal Rules of Civil Procedure, plaintiff Gemtek Technology, Co., Ltd. ("Gemtek") states that it is a publicly traded corporation on the Taiwan stock exchange and there are no other publicly held corporation that owns 10% or more of Gemtek's stock.

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

///

///

///

| | | | |
|---|---|---|---|
| Dated: December 9, 2009 | | By: | SONNENSCHEIN NATH & ROSENTHAL LLP |

/s/ Yar R. Chaikovsky
Yar R. Chaikovsky
Jimmy M. Shin

Attorneys for Plaintiff
Gemtek Technology, Co., Ltd.

- 2 -

CORPORATE DISCLOSURE STATEMENT AND
CERTIFICATION OF INTERESTED PARTIES
C-09-CV-03659 RS