AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California



| | |
|---|---|
| GEMTEK TECHNOLOGY, CO., LTD. | )<br>)<br>) |
| *Plaintiff* | ) |
| v. | )  Civil Action No. C 09-03659 JF |
| 3COM CORPORATION | )<br>) |
| *Defendant* | ) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  3COM CORPORATION
c/o Richard C. Vasquez
Vasquez Benisek & Lindgren LLP
3685 Mt. Diablo Boulevard, Suite 300
Lafayette, CA 94543

*Filed DEC 22 2009*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
*SAN JOSE*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Yar R. Chaikovsky
Jimmy Shin
Sonnenschein Nath & Rosenthal LLP
1530 Page Mill Road, Suite 200
Palo Alto, CA 94304

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

| Attorney or Party without Attorney: YAR R. CHAIKOVSKY<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>525 MARKET STREET<br>26th FLOOR<br>SAN FRANCISCO, CA 94105<br>Telephone No: 415-882-5000   FAX No: 415-882-0300 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court, Northern District Of California

Plaintiff: GEMTEK TECHNOLOGY, CO., LTD.
Defendant: 3COM CORPORATION

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 09-03659 RS |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SEE ATTACHMENT.

3. a. Party served:           3COM CORPORATION -
                              RICHARD VASQUEZ, AGENT FOR SERVICE

4. Address where the party was served:    3685 MT. DIABLO BOULEVARD
                                          SUITE 300
                                          LAFAYETTE, CA

5. I served the party:
   b. **by substituted service.** On: Tue., Dec. 08, 2009 at: 4:45PM by leaving the copies with or in the presence of:
      DEE GRAY, SECRETARY/PERSON IN CHARGE
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. **Person Who Served Papers:**
   a. RAIMUNDO CARVALHO

   First Legal
   1138 Howard Street
   San Francisco, CA 94103
   Telephone   (415) 626-3111
   Fax         (415) 626-1331
   www.firstlegalnetwork.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee* for Service was:
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:   2005-0000968-00
      (iii) County:             San Francisco

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.

   Date: Wed, Dec. 09, 2009

   Judicial Council Form          PROOF OF SERVICE         (RAIMUNDO CARVALHO)
   Rule 2.150.(a)&(b) Rev January 1, 2007                                                 8028441.sonnasf.255877

| Attorney or Party without Attorney:<br>YAR R. CHAIKOVSKY<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>525 MARKET STREET<br>26th FLOOR<br>SAN FRANCISCO, CA  94105<br>Telephone No: 415-882-5000    FAX No: 415-882-0300 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: GEMTEK TECHNOLOGY, CO., LTD. | |
| Defendant: 3COM CORPORATION | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C 09-03659 RS |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SEE ATTACHMENT.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:           Wed., Dec. 09, 2009
   b. Place of Mailing:          SAN FRANCISCO, CA  94103
   c. Addressed as follows:      3COM CORPORATION -
                                 RICHARD VASQUEZ, AGENT FOR SERVICE
                                 3685 MT. DIABLO BOULEVARD
                                 SUITE 300
                                 LAFAYETTE, CA

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Wed., Dec. 09, 2009 in the ordinary course of business.

5. Person Serving:                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. AARON  DANIEL                        d. *The Fee* for Service was:
   b. FIRST LEGAL SUPPORT SERVICES         e. I am: (3) registered California process server
      1138 HOWARD STREET                        (i)   Independent Contractor
      SAN FRANCISCO, CA  94103                  (ii)  Registration No.:    2008-0001059
   c. 415-626-3111                              (iii) County:              San Francisco

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

   Date: Wed, Dec. 09, 2009

                                                                                    (AARON DANIEL)
                                                                                    8028441.sonnasf.255877

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007        By Mail

ATTACHMENT TO PROOF OF SERVICE - CONTROL #8028441
CASE #C 09-03659 RS
CASE NAME: GEMTEK TECHNOLOGY, CO., LTD. v. 3COM CORPORATION

1. SUMMONS IN A CIVIL ACTION;
2. COMPLAINT FOR BREACH OF CONTRACT; UNJUST ENRICHMENT; DECLARATORY JUDGMENT FOR NO INDEMNITY; DEMAND FOR JURY TRIAL;
3. CIVIL COVER SHEET;
4. CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA;
5. WELCOME TO THE UNITED STATES DISTRICT COURT;
6. GENERAL ORDER NO. 40;
7. ECF REGISTRATION INFORMATION HANDOUT;
8. GENERAL ORDER NO. 45;
9. NOTICE OF ELECTRONIC AVAILABILITY OF CASE FILE INFORMATION;
10. GENERAL ORDER NO. 53;
11. NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS;
12. WAIVER OF SERVICE OF SUMMONS;
13. INSTRUCTIONS FOR COMPLETION OF ADR FORMS;
14. ADR CERTIFICATION BY PARTIES AND COUNSEL;
15. STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS;
16. NOTICE OF NEED FOR ADR PHONE CONFERENCE;
17. ORDER OF THE CHIEF JUDGE;
18. FIRST AMENDED COMPLAINT FOR BREACH OF CONTRACT; UNJUST ENRICHMENT; DECLARATORY JUDGMENT FOR NO INDEMNITY; DEMAND FOR JURY TRIAL;
19. ECF E-MAIL (2);
20. ORDER GRANTING PLAINTIFF'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE PURSUANT TO CIVIL L.R. 7-1(b),7-2, AND 16-2(d);
21. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADALINES;
22. STANDING ORDER RE: INITIAL CASE MANAGEMENT;
23. STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES;
24. CONTENTS OF JOINT CASE MANAGEMENT STATEMENT;