# UNITED STATES DISTRICT COURT
## JUDGE JEREMY FOGEL, PRESIDING
### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, March 12, 2010          Time: 2 mins
**Case Number:** CV-09-3659-JF/HRL

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

**TITLE:**          **GEMTEK TECHNOLOGY CO.  V. 3COM CORPORATION**

**PLAINTIFF**                              **DEFENDANT**

**Attorneys Present:  Brian Hannon**          **Attorneys Present: Avin Sharma**
Robert Gutkin                              Eric Benisek

PROCEEDINGS:
    Case management conference held.  Parties are present.  Continued to
7/16/10 at  10:30 a.m. for further case management conference.