ROBERT A. GUTKIN /CA SB #119781
MORRIS, MANNING & MARTIN, LLP
1333 H Street, N.W., Suite 820
Washington, DC 20005
Telephone: (202) 408-5153
Facsimile: (202) 408-5146

MARCIA E. GERSTON/ CA SB# 119026
MCGRANE GREENFIELD LLP
40 South Market Street, Seventh Floor
San Jose, California 95113
Telephone: (408) 995-5600

Attorneys for Plaintiff GEMTEK TECHNOLOGY

RICHARD C. VASQUEZ /CA SB # 127228
STEPHEN C. STEINBERG/ CA SB #230656
AVIN P. SHARMA /CA SB #233328
VASQUEZ BENISEK & LINDGREN LLP
3685 Mt. Diablo Blvd, Suite 300
Lafayette, CA 94549
Telephone:     (925) 627-4250
Facsimile:     (925) 403-0900
rvasquez@vbllaw.com
ssteinberg@vbllaw.com
asharma@vbllaw.com

Attorneys for Defendant and Counter-Claimant 3COM CORPORATION., a Delaware Corporation

**E-Filed 7/6/2010**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GEMTEK TECHNOLOGY CO., LTD., a Taiwan corporation<br><br>            Plaintiff,<br><br>     v.<br><br>3COM CORPORATION., a Delaware Corporation,<br><br>            Defendants. | Case No:   5:09-cv-03659-JF<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE JULY 16, 2010 CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable Jeremy Fogel<br>Dept: Ctrm. 4̶, 5th Floor, San Jose<br>                    3 |

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**
**CASE NO: 5:09-CV-03659-JF**

1  Pursuant to Local Rules 6-2 and 7-12, the parties stipulate through the undersigned
2  counsel as follows:
3  WHEREAS, on March 12, 2010, Plaintiff Gemtek Technology Co. Ltd. ("Gemtek") and
4  Defendant and Counterclaimant 3Com Corporation ("3Com") appeared at the Initial Case
5  Management Conference before this Court;
6  WHEREAS, the Court ordered Gemtek and 3Com to appear at a subsequent Case
7  Management Conference on July 16, 2010 at 10:30 a.m.;
8  WHEREAS, the parties are in the process of providing each other their respective
9  document productions;
10  WHEREAS, the parties require additional time in order to review document productions
11  and continue to conduct discovery;
12  THEREFORE, the parties, subject to the Court's approval, stipulate and respectfully
13  request:
14  1.  The July 16, 2010 Case Management Conference should be rescheduled to
15  October 8, 2010 at 10:30 a.m.
16
17  IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
18
19                                      MORRIS, MANNING & MARTIN, LLP
20
    Dated:  July 2 , 2010              By:_____/s/ Robert A. Gutkin_____
21
                                        Robert A. Gutkin
22                                      1333 H Street, N.W., Suite 820
                                        Washington, DC 20005
23                                      Telephone:  (202) 408-5153
                                        Facsimile:   (202) 408-5146
24
25                                      Marcia E. Gerston
                                        MCGRANE GREENFIELD LLP
26                                      40 South Market Street, Seventh Floor
                                        San Jose, California 95113
27                                      Telephone:  (408) 995-5600
28

1
**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE**
**CASE NO: 5:09-CV-03659-JF**

|   |   |
|---|---|
| | Attorneys for Plaintiff GEMTEK TECHNOLOGY |
| | VASQUEZ, BENISEK & LINDGREN LLP |
| Dated:  July 2, 2010 | By:_____ ___/s/ Avin P. Sharma_____ |
| | Richard C. Vasquez<br>Stephen C. Steinberg<br>Avin P. Sharma<br>3685 Mt. Diablo Blvd, Suite 300<br>Lafayette, CA  94549<br>Telephone:     (925) 627-4250<br>Facsimile:      (925) 403-0900 |
| | Attorneys for Defendant and Counter-Claimant 3COM CORPORATION., a Delaware Corporation |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

    1.     The July 16, 2010, Case Management Conference is hereby rescheduled to October 8, 2010 at 10:30 am.

DATED: 7/6/2010

_____
The Honorable Jeremy Vogel
United States District Court Judge

**CONSENT TO FILING PURSUANT TO GENERAL ORDER 45(X)**

I, Avin P. Sharma, hereby attest that written concurrence in the filing of the **STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE JULY 16, 2010 CASE MANAGEMENT CONFERENCE** has been obtained from each party listed in the signature block.

Dated: July 2, 2010                              _____/s/  Avin P. Sharma_____

                                                                Avin P. Sharma

**GENERAL ORDER 45(X) CON SENT**
**CASE NO: 5:09-CV-03659-JF**

**CERTIFICATE OF SERVICE**

*Gemtek Technology Co. Ltd. v. 3Com Corporation, et al.*
**U.S. District Court, Northern District of California, Case No. 5:09-CV-03659-JF**

I hereby certify that on July 2, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all counsel who have entered an appearance in this action:

**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE JULY 16, 2010 CASE MANAGEMENT CONFERENCE**

**DECLARATION OF AVIN P. SHARMA IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE JULY 16, 2010 CASE MANAGEMENT CONFERENCE**

_____/s/ Avin P. Sharma_____

Avin P. Sharma