RECEIVED

2010 SEP 15 P 2:41

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
N.D. CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEMTEK TECHNOLOGY CO., LTD., | CASE NO. 5:09-cv-03659-LHK |
| Plaintiff, | (Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| 3Com Corporation, | |
| Defendant. | |

Bryan Guy Harrison , whose business address and telephone number is Morris, Manning & Martin, LLP, 3343 Peachtree Road, Suite 1600, Atlanta, GA 30326, 404-233-7000

and who is an active member in good standing of the bar of Georgia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Gemtek Technology Co., Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 22, 2010

*Lucy H. Koh*
United States District Judge