RECEIVED

2010 SEP 15 P 2:41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA. SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEMTEK TECHNOLOGY CO., LTD.,

Plaintiff,

v.

3Com Corporation,

Defendant.

CASE NO. 5:09-cv-03659-LHK

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Tim Tingkang Xia, whose business address and telephone number is Morris, Manning & Martin, LLP, 3343 Peachtree Road, Suite 1600, Atlanta, GA 30326, 404-233-7000

and who is an active member in good standing of the bar of Georgia having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Gemtek Technology Co., Ltd.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 22, 2010

*Lucy H. Koh*
United States District Judge