**E-filed 10/06/2010**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | | |
|---|---|---|
| GEMTEK TECHNOLOGY CO., LTD., | ) | Case No.: 5:09-CV-03659-LHK |
| Plaintiff, | ) | |
| v. | ) | ORDER SUBSTITUTING COUNSEL |
| 3COM CORPORATION, | ) | |
| Defendant. | ) | |

Pursuant to the Notice submitted by Plaintiff and Counter-Defendant Gemtek Technology Co., Ltd. ("Gemtek") the Court approves the substitution of attorney Bryan Guy Harrison of Morris, Manning & Martin, LLP for attorney Robert Gutkin of the same firm to represent Gemtek in this matter.

**IT IS SO ORDERED.**

Dated: October 6, 2010

_____
LUCY H. KOH
United States District Judge

Case No.: 5:09-CV-03659-LHK
ORDER SUBSTITUTING COUNSEL