United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GEMTEK TECHNOLOGY CO., LTD., Plaintiff, v. 3COM CORPORATION, Defendant. | Case No.: 5:09-CV-03659-LHK<br><br>ORDER REGARDING SCHEDULE |

At a Case Management Conference on May 18, 2011, the parties represented that they had reached a settlement in principle, but had not yet signed a finalized settlement agreement. The Court ordered that the parties either file a stipulated dismissal by June 8, 2010, or file a status report indicating why the settlement had not yet been finalized and proposing a new deadline for dismissal. The Court ordered that the case schedule would remain as set.

On June 8, 2011, the parties filed a statement indicating that they signed a finalized settlement agreement on June 8, 2011, and that a stipulated dismissal of the action is "expected to be filed" with the Court by July 1, 2011.

The parties shall file the stipulated dismissal by July 1, 2011. Until a stipulated dismissal is filed, the case deadlines remain as set. The Court will not continue the case schedule absent exigent circumstances.

**IT IS SO ORDERED.**

Dated: June 10, 2011

LUCY H. KOH
United States District Judge

2

Case No.: 5:09-CV-03659-LHK
ORDER REGARDING SCHEDULE

United States District Court
For the Northern District of California