UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GEMTEK TECHNOLOGY CO., LTD., | ) | Case No.: 5:09-CV-03659-LHK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER DISMISSING CASE |
| 3COM CORPORATION, | ) | |
| Defendant. | ) | |
| | ) | |

The parties submitted a document titled "Joint Motion to Dismiss," stating that they have settled all claims and counterclaims asserted in this case, and asking the Court to dismiss the claims and counterclaims with prejudice. Pursuant to the parties' stipulation, the case is hereby DISMISSED with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 29, 2011

_____
LUCY H. KOH
United States District Judge

Case No.: 5:09-CV-03659-LHK
ORDER DISMISSING CASE